COMPANY, INC., Appellant, and Others, Defendants.— Judgment unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ.

MAY M. GUGEL and Another, Appellants, v. EVERETT S. HISCOX and Another, Respondents, and DAISY E. HISCOX ATCHINSON, as Executrix, etc., Appellant.— Motion denied. Present — Jenks, P. J., Thomas, Mills, Putnam and Blackmar, JJ.

TEODOR ARBUTINA, an Infant, Through His Guardian ad Litem, DIMITAR ARBUTINA, Respondent, v. PITTSBURG CONTRACTING COMPANY, Appellant. (Appeals Nos. 1 and 2.) — Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ. Order to be settled before Mr. Justice Blackmar.

EDWARD J. BACKENSTOS, Respondent, v. CELIA A. HOLMES, Appellant, and Others, Defendants.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Mills, Putnam and Kelly, JJ., concurred; Blackmar, J., dissented upon the ground that the judgment cannot be affirmed without overruling the case of *Patterson* v. *Youngs* (154 App. Div. 536).

LOUIS LEONE, Respondent, v. LARCHMONT WATER COMPANY, Appellant. — Judgment and order of the County Court of Westchester county unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ.

JOHN MCCARTHY, Appellant, v. JOHN P. STETSON, Respondent.— Judgment and order of the County Court of Westchester county unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Mills, Rich and Putnam, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. STEVE BURTONSKI, Appellant.— Judgment of conviction of the County Court of Queens county reversed, and new trial ordered, upon the ground that there is no testimony save that of the prosecutrix to show that she and the defendant occupied the same room in the hotel in Newark, N. J.  For all that appears, so far as corroboration is concerned, the prosecutrix and her woman companion occupied one room, and the defendant and his man companion another. Jenks, P. J., Thomas and Mills, JJ., concurred; Rich and Putnam, JJ., voted to affirm.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LOUIS STECKLER, Alias PHILIP STECKER, Appellant.— Judgment of conviction of the County Court of Kings county affirmed. No opinion. Jenks, P. J., Thomas, Mills, Rich and Putnam, JJ., concurred.

QUEENS LAND AND TITLE COMPANY, Appellant, v. TITLE GUARANTEE AND TRUST COMPANY, as Trustee, and Another, Respondents.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Mills, Rich, Blackmar and Kelly, JJ., concurred.

THE RANDEL CONCRETE CONSTRUCTION COMPANY, Appellant, v. TITLE GUARANTEE AND TRUST COMPANY, as Trustee, and Others, Respondents.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Mills, Rich, Blackmar and Kelly, JJ., concurred.

TITLE GUARANTEE AND TRUST COMPANY, as Trustee, Respondent, v.

App. Div.]　　　　Third Department, March, 1918.

QUEENS LAND AND TITLE COMPANY, Appellant, and KINGS COUNTY TRUST COMPANY, Respondent, and Others. (Appeal No. 1.) — Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Mills, Rich, Blackmar and Kelly, JJ., concurred.

TITLE GUARANTEE AND TRUST COMPANY, as Trustee, Respondent, v. QUEENS LAND AND TITLE COMPANY, Appellant, and KINGS COUNTY TRUST COMPANY, Respondent, and Others. (Appeal No. 2.) — Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Mills, Rich, Blackmar and Kelly, JJ., concurred.

GEORGE WIFFENBACH, Respondent, v. THE BROOKLYN HEIGHTS RAILROAD COMPANY, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Mills, Rich and Putnam, JJ.

*Decisions by the Presiding Justice upon Applications to Appeal from the Appellate Term.*

MAX GOLDSCHLAG, Respondent, v. THE L. B. SCHINDLER SHOE COMPANY, INC., Appellant.— Application denied, with ten dollars costs.

MAX B. JUDITSKY and ALBERT JUDITSKY, Respondents, v. SMITH & NESSLE COMPANY, INC., Appellant.— Application denied, with ten dollars costs.

HARRY L. LATSHAW, Respondent, v. JULIUS BLUM, Appellant.— Application denied, with ten dollars costs.

THE QUAKER OATS COMPANY, Plaintiff, v. WILLIAM H. D. NORTH.— Application denied, with ten dollars costs.

PHILIP SPALLETTA, Respondent, v. ALPHONZO SMITH, Appellant.— Application denied, with ten dollars costs.

SIGMUND SPIER, Appellant, v. PAUL BUNKIN, etc., Respondent.—Application denied, with ten dollars costs.

NEW YORK UTILITY COMPANY, Appellant, v. WILLIAMSBURGH STEAM LAUNDRY COMPANY, Respondent.— Application denied, without costs.

TITLE GUARANTEE AND TRUST COMPANY, Appellant, v. WILLIAM P. MALONEY and EDWARD HARDING, Respondents.— Application denied, without costs.

---

## THIRD DEPARTMENT, MARCH, 1918.

THE PEOPLE OF THE STATE OF NEW YORK v. HEMAN E. BAKER.

PER CURIAM: This is an application for reargument of this case, which was decided November, 1917. (180 App. Div. 275.) It is urged that the assessment rolls should appear before the court to enable it to determine as to the legality of the tax. The court does not receive the assessment rolls, but prefers to modify its former opinion and decision and base the reversal solely upon the ground that the premises were occupied at the time of the sale and at the expiration of the time to redeem and no notice to redeem was given to the occupant. All concurred. Motion for reargument denied, and decision modified as per opinion.